IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CASE NO. 08-53542-C |
|---|---|---|
| CARLOS CRESPO VASQUEZ | § § § § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

## MOTION TO WAIVE PAY ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

DEBTORS, CARLOS CRESPO VASQUEZ, herein, by and through his attorney of record, JAN PERRY LEDERER, hereby moves the Court to waive the pay order to employer in this matter for the reason being that CARLOS CRESPO VASQUEZ, DEBTOR, is self employed. Therefore, a pay order cannot be put in effect.

WHEREFORE, DEBTORS pray they be allowed to make their payments of $1,700.00 per month directly to Marion Olson, Trustee at P.O. Box 1897, San Antonio, Texas 78297, until further order of the Court.

Respectfully submitted,

Law Offices of Jan Perry Lederer, P.C.
750 E. Mulberry Ave., Ste. 401
San Antonio, Texas 78212
Tel: (210) 733-9400
Fax: (210) 733-5966

By: /s/
JAN PERRY LEDERER
State Bar No. 12108100
Attorney for Debtor

11/28/08
Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-53542-C |
| | § | |
| CARLOS CRESPO VASQUEZ | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion to Waive Pay Order and the proposed Order, have been forwarded electronically or through the United States Mail, properly stamped and addressed to the following parties in interest and to the matrix attached hereto as Exhibit "A."

United States Trustee
P.O. Box 1539
San Antonio, Texas 78295-1539

Marion A. Olson, Trustee
1020 N.E. Loop 410, Ste. 800
San Antonio, Texas 78209

Mr. Carlos Crespo Vasquez
104 E. Thompson
San Antonio, Texas 78225

/s/
JAN PERRY LEDERER

11/28/08
Date

| | | |
|---|---|---|
| Debtor(s): Carlos Crespo Vasquez | Case No: 08-53542<br>Chapter: 13 | WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION |

Angelia Nava
c/o Attorney General Child
Attn: Bankruptcy
PO Box 12017 Credit Group

Linebarger Goggan Blair
Pena & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Wffinancial
1240 Office Plaza Dr
West Des Moines, IA 50266

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

Midland Credit Mgmt
8875 Aero Dr   Ste 200
San Diego, CA 92123

First Select Corporation
Attn: Bankruptcy
3200 Hobson St
Detroit, MI 48201

San Antonio Credit Uni
Attn: Bankruptcy
PO Box 1356
San Antonio, TX 78295

Ford Motor Credit Corporat.
National Bankruptcy Center
PO Box 537901
Livonia, MI 48153

Sylvia A. Romo
C/O Linebarger Heard Gogga:
Graham Pena & Sampson, LLP
711 Navarro, Ste. 300

Gabriel Escobedo
1803 West Valley
San Antonio, TX 78227

Texas Workforce Commission
P.O. Box 877
Austin, TX 78767-0877

I C System Inc
Po Box 64378
Saint Paul, MN 55164

U.S. Attorney
Vet. Admin/Fed Housing Adm.
601 N.W. Loop 410, Ste. 60
San Antonio, TX 78216-5512

IRS
P.O. Box 21126
Philadelphia, PA 19114

U.S. Attorney General
10th & Constitution, Room
Washington, DC 20530

IRS - Special Procedure
P.O. Box 21126
Philadelphia, PA 19114

U.S. Attorney General
Department of Education
10th & Constitution, Room
Washington, DC 20530

Jim Halff
Halff Brothers Ranch LTD
PO Box 428
Pearsall, TX 78061

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295

Law Offices of Jan Perry L(
750 E. Mulberry, Ste. 401
San Antonio, Texas 78212

Washington Mutual Mortgage
Attention:  Bankruptcy Dep
7255 Bay Meadows Way
Jacksonville, FL 32256