**SO ORDERED.**

**SIGNED this 15th day of December, 2008.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-53542-C |
| | § | |
| CARLOS CRESPO VASQUEZ | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

### ORDER ON MOTION TO WAIVE PAY ORDER

The Court having considered DEBTORS' Motion to Waive Pay Order, and it appearing that said Motion should be GRANTED, NOW,

THEREFORE, IT IS ORDERED THAT THE DEBTORS herein shall not be required to execute a Pay Order to Employer until further of this Court or a payment is late or missed to the trustee; and it is further

ORDERED that the DEBTOR shall pay to the Trustee, Marion A. Olson, Jr., at P.O. Box 1897, San Antonio, Texas 78297, the sum of $1,700.00 as plan payment until further order of the Court.

###

Law Offices of Jan Perry Lederer
750 E. Mulberry Ave., Ste. 401
San Antonio, TX 78212
Tel. (210) 733-9400
Fax (210) 733-5966

APPROVED, DISAPPROVED, COURT DETERMINE
SET FOR HEARING

MARION A. OLSON, JR. TRUSTEE