``

**SO ORDERED.**

**SIGNED this 07th day of January, 2009.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-53542-C |
| | § | |
| CARLOS CRESPO VASQUEZ | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

### ORDER AVOIDING JUDGMENT LIEN ON EXEMPT PROPERTY

The Motion of the Debtor for an Order avoiding the lien of Halff Brothers Ranch LTD (hereinafter called "Creditor") on the property set apart to the Debtor as exempt in this case having come on before the Court, and the Court having considered the Motion, it is Ordered and Adjudged as follows:

1. The Creditor has been afforded reasonable notice and an opportunity to respond to said Motion and to have a hearing on same.

2. The Creditor holds an invalid judgment lien against Debtor's homestead that impairs the exemption of the Debtor in property of a kind described in The Texas Constitution Article 16 § 50,51 & Texas Property Code § 41.001 & 41.002, which the Debtor would otherwise be entitled.

3. Unless this case is dismissed, the lien of the creditor shall not survive this Bankruptcy proceeding and shall not affix to or be enforceable against the interest of the Debtor in the property described as follows:

Non purchase money Judgment Lien against debtor's homestead

# # #

Jan Perry Lederer, P.C.
Law Office of Jan Perry Lederer
750 E. Mulberry Ave., Suite 401
San Antonio, TX 78212
Tel.: (210) 733-9400
Fax: (210) 733-5966