UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
CARLOS CRESPO VASQUEZ

CASE NO: 08-53542 C

Debtor

**TRUSTEE'S REPORT OF SECTION 341 MEETING AND RECOMMENDATION
CONCERNING CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION**

**The First Meeting of Creditors in the above referenced Chapter 13 Case was scheduled for January 07, 2009, pursuant to Section 341 of the Bankruptcy Code. The debtor (s) appeared and submitted to examination. Upon the examination of the debtor (s), the review of the plan and papers on file in this case, it is the opinion of the Trustee that:**

1. **The plan complies with the provisions of Chapter 13 and other relevant provisions of Title 11 of the United States Code.**

2. **The plan has been proposed in good faith and not by any means prohibited by law.**

3. **The true value, as of the effective date of this plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under Chapter 7 of Title 11 of the United States Code.**

4. **With respect to each allowed secured claim provided for by the plan, either:**

   A) **The holder of such claim has accepted the plan; or**

   B) **The plan provides that the holder of such secured claim retain the**

lien securing the claim and the value, as of the effective date of this plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or

C) The debtor has surrendered or will surrender the property securing such claim to the holder.

5. The debtor will be able to make all payments under the plan and comply with the plan.

6. Comments requiring attention at the confirmation hearing including any controversies involving valuation of collateral:

7. Secured, Priority and Special Class creditors are as follows:

| CREDITOR | DESCRIPTION | VALUE AND/OR INTEREST | TYPE |
|---|---|---|---|
| Angelia Nava | CHILD SUPPORT | | ARREARS |
| ARROW FINANCIAL | 2000 CADILLAC DEVILL | $3,368.75 | SECURED |
| BEXAR COUNTY DISTRICT CLERK | COURT COST | | FULLY SECURED |
| Gabriel Escobedo | | | FULLY SECURED |
| INTERNAL REVENUE SERVICE | 02-08 TAXES | | |
| Jim Halff | | | FULLY SECURED |
| JP MORGAN CHASE | HM/ARRS-3126 PITLUK | 9.00% | ARREARS |
| JPMorgan Chase Bank | HM/OUTSIDE-3126 PITLUK | | OUTSIDE PLAN |
| SYLVIA ROMO | 02/08 TAXES-102 THOMPSO | 12.00% | FULLY SECURED |
| SYLVIA ROMO | 02-08 TAXES-104 THOMPSO | 12.00% | FULLY SECURED |
| SYLVIA ROMO | 99-08 TAXES-2101 NOGALITO | 12.00% | FULLY SECURED |
| SYLVIA ROMO | 08 TAXES OUT BY MTG/3126 | | OUTSIDE PLAN |
| SYLVIA ROMO | 02-08 TAXES-3130 PITLUK | 12.00% | FULLY SECURED |
| SYLVIA ROMO | 05-08 TAXES-1110 VERMON | 12.00% | FULLY SECURED |
| SYLVIA ROMO | 06-08 TAXES-1114 VERMON | 12.00% | FULLY SECURED |
| TEXAS WORKFORCE COMMISSION | | 8.50% | FULLY SECURED |

8. Additional comments:

 (X) There has been an objection to confirmation or the Trustee feels that the confirmation hearing should be held. The confirmation hearing is scheduled for March 05, 2009.

 ( ) No objections to confirmation were made at or before the Section 341 Meeting.

The Trustee DOES NOT recommend confirmation of the plan.

The Trustee APPROVES the attorney's fees requested.

/S/
_____

MARION A. OLSON, JR.
909 NE LOOP 410 #400
SAN ANTONIO, TX 78209
(210) 824-1460