IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | CASE NO. 08-53542-C |
|---|---|---|
| CARLOS CRESPO VASQUEZ | § § § § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

## OBJECTION TO CLAIM OF
## DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF UNLESS THE COURT UPON TIMELY APPLICATION SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.**

**IF NO HEARING ON SUCH MOTION IS TIMELY REQUESTED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

NOW COMES the Law Offices of Jan Perry Lederer, P.C., attorney for the Debtor in the above styled and numbered case and move the Court for Debtors' claim and would show the Court the following:

I.

This case was filed on November 25, 2008 and an Order confirming plan is pending.

II.

On or about December 16, 2008 Creditor, Department of Treasury - Internal Revenue Service, filed an unsecured priority proof of claim in the sum of $125,207.76 as taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

III.

Debtor objects to this claim as Debtor recently filed the 941's for all quarters from 2002 through 2006. Based on the tax returns filed by Debtor, the tax liability is approximately $10,885.95. Debtor's accountant is currently working on the remaining delinquent returns.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant prays the Court to deny the claim of the Internal Revenue Service as the Debtor does not owe the amount alleged on the proof of claim filed by the Internal Revenue Service.

05/05/09
DATE

Respectfully submitted,

Law Offices of Jan Perry Lederer, P.C.
750 E. Mulberry Ave., Ste. 401
San Antonio, Texas 78212
Tel: (210) 733-9400
Fax: (210) 733-5966

By: /s/ Jan Perry Lederer
JAN PERRY LEDERER
State Bar No. 12108100
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-53542-C |
| | § | |
| CARLOS CRESPO VASQUEZ | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Objection and the proposed Order, have been forwarded through the United States Mail, properly stamped and addressed to the following parties in interest and to the matrix attached hereto as Exhibit "A."

United States Trustee
P.O. Box 1539
San Antonio, Texas 78295-1539

Marion A. Olson, Trustee
1020 N.E. Loop 410, Ste. 800
San Antonio, Texas 78209

Internal Revenue Service
300 E. 8th St.
Stop 5026AUS
Austin, TX 78701

Carlos Vasquez
104 E. Thompson
San Antonio, Texas 78225

/s/ Jan Perry Lederer
JAN PERRY LEDERER

05/05/09
Date

| Debtor(s): Carlos Crespo Vasquez | Case No: 08-53542-C<br>Chapter: 13 | WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION |
|---|---|---|

Angelia Nava
c/o Attorney General Child Supp
Attn: Bankruptcy
PO Box 12017 Credit Group
Austin, TX 78711

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

First Select Corporation
Attn: Bankruptcy
3200 Hobson St
Detroit, MI 48201

Ford Motor Credit Corporation
National Bankruptcy Center
PO Box 537901
Livonia, MI 48153

Gabriel Escobedo
1803 West Valley
San Antonio, TX 78227

I C System Inc
Po Box 64378
Saint Paul, MN 55164

IRS
P.O. Box 21126
Philadelphia, PA 19114

IRS - Special Procedure
P.O. Box 21126
Philadelphia, PA 19114

Jim Halff
Halff Brothers Ranch LTD
PO Box 428
Pearsall, TX 78061

Law Offices of Jan Perry Ledere
750 E. Mulberry, Ste. 401
San Antonio, Texas 78212

Linebarger Goggan Blair
Pena & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Midland Credit Mgmt
8875 Aero Dr   Ste 200
San Diego, CA 92123

San Antonio Credit Uni
Attn: Bankruptcy
PO Box 1356
San Antonio, TX 78295

Sylvia A. Romo
C/O Linebarger Heard Goggan Bla
Graham Pena & Sampson, LLP
711 Navarro, Ste. 300
San Antonio, TX 78205

Texas Workforce Commission
P.O. Box 877
Austin, TX 78767-0877

U.S. Attorney
Vet. Admin/Fed Housing Admin.
601 N.W. Loop 410, Ste. 600
San Antonio, TX 78216-5512

U.S. Attorney General
10th & Constitution, Room 5111
Washington, DC 20530

U.S. Attorney General
Department of Education
10th & Constitution, Room 5111
Washington, DC 20530

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295

Washington Mutual Mortgage
Attention: Bankruptcy Dept. JA
7255 Bay Meadows Way
Jacksonville, FL 32256

Wffinancial
1240 Office Plaza Dr
West Des Moines, IA 50266