**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

CARLOS CRESPO VASQUEZ  CASE NO. 08-53542 C
104 E. THOMPSON
SAN ANTONIO, TX  78225
a/k/a   Fideo Carlos Vasquez
d/b/a   CV Transmission

    Debtor

---

**TRUSTEE'S RECOMMENDATIONS CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

NO HEARING WILL BE CONDUCTED ON THIS TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN RESPONSE OR OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE, THE DEBTOR(S), DEBTOR'S ATTORNEY, AND ANY OTHER AFFECTED PARTY WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.  EACH CLAIM FOR WHICH THERE IS NO RESPONSE OR OBJECTION TIMELY FILED AND SERVED WILL BE TREATED AS LISTED IN THE ATTACHED SCHEDULES, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.  IF A RESPONSE OR OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING ON NOT LESS THAN THIRTY (30) DAYS NOTICE, WITH RESPECT TO ONLY THAT CLAIM TO WHICH OBJECTION OR RESPONSE HAS BEEN FILED.

By Order of the court, the Trustee's Recomendation Concerning Claims (TRCC) shall be deemed a BAR DATE for objecting to claims, for contesting the validity or priority of liens, and for challenging the priority of claims.  Said BAR DATE shall be deemed to be THE THIRTIETH (30TH) DAY AFTER THE DATE OF SERVICE OF THE TRCC, AS REFLECTED IN THE CERTIFICATE SERVICE ATTACHED THERETO.  Any objection to claim, any motion or adversary proceeding contesting the validity or priority of any lien, or any challenge to the priority of any claim may not be filed after the expiration of the bar date except upon leave of Court, after motion requesting such leave, and upon notice and hearing to the Standing Chapter 13 Trustee, the debtor, the debtor's counsel, and the ten largest unsecured creditors (including, where applicable, the Internal Revenue Service).

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW J. VINCENT CAMERON, Trustee in these proceedings, and making this his recommendation concerning claims, would respectfully show the Court as follows:

1.  All parties are specifically advised that, amoung others, L. Rule 3007 shall apply to this Trustee's Recommendation Concerning Claims (TRCC).

2.  The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed.  Attached are Schedules I (Secured, Priority, and Special Class claims) and II (general unsecured claims) containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

### VALUATION OF COLLATERAL

3.  The Court has previously made a final and binding determination of the value of certain property which may constitute collateral securing certain creditors' claims.  These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court.  All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I.

4.  Certain creditors may have timely filed proofs of claim which evidence a perfected security interest in additional collateral not

previously valued by the Court. The Trustee has made a recommendation to the Court in Schedule I concerning the value of such collateral and the treatment of each such creditor's claim. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN 30 DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

### TRUSTEE'S OBJECTIONS TO CLAIMS

5. To the extent the classification as a secured or unsecured claim or the allowed amount of a secured claim on Schedule I of the TRCC differs from the Creditor's Proof of Claim, the Trustee's Recommendation Concerning Claims is deemed an objection to such claim and contests the amounts or the validity or extent of the security interest therein. UNLESS A TIMELY (WITHIN 30 DAYS OF THE SERVICE HEREOF) RESPONSE OR OBJECTION IS FILED CONTESTING THE TRUSTEE'S RECOMMENDATION, THE OBJECTION WILL BE SUSTAINED AND SUCH CLAIM WILL BE CLASSIFIED AND ALLOWED ONLY IN THE MANNER AND AMOUNT LISTED IN THE ATTACHED SCHEDULES TO THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS. SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE SECURED STATUS OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

### UNSECURED CLAIMS TAKEN FROM PROOF OF CLAIM WITHOUT TRUSTEE'S OBJECTION

6. The amounts in the attached Schedule II to the TRCC were taken directly from the proofs of claim. The Trustee does not contest these claims. If the Debtor or any creditor wishes to contest any of these claims, an objection to each claim contested must be filed within thirty (30) days from the date of service hereof.

7. All responses to the TRCC or any objections to claims must be filed within thirty (30) days from the date of service hereof with the United States Bankruptcy Clerk P.O. Box 1439, San Antonio, Texas 78295, and served on all appropriate parties in accordance with the Bankruptcy Rules.


DATED: November 03, 2009


J. VINCENT CAMERON
909 N.E. LOOP 410, SUITE 400
SAN ANTONIO, TX  78209
(210)824-1460


<u>Electronically Filed By</u>
J. VINCENT CAMERON

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                            CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX  78225
     a/k/a   Fideo Carlos Vasquez
     d/b/a   CV Transmission

          Debtor

SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| Angelia Nava<br>c/o Attorney General Child Support<br>Attn: Bankruptcy<br>PO Box 12017 Credit Group<br>Austin, TX  78711 | 0.00<br>233547/00015 | 0.00 % | PRIORITY ARREARS<br>NOT FILED/NOT ALLOWED<br>988<br>CHILD SUPPORT | |
| BEXAR COUNTY DISTRICT CLERK<br>C/O LINEBARGER GOGGAN BLAIR...<br>711 NAVARRO #300<br>SAN ANTONIO, TX  78205 | 462.57<br>114424/00032<br><br>FULLY SECURED | 0.00 % | SECURED<br>PERMO:<br>2002TA101073<br>COURT COST | 0.00 |
| First Select Corporation<br>Attn: Bankruptcy<br>3200 Hobson St<br>Detroit, MI  48201 | 0.00<br>226491/00017 | 0.00 % | UNSECURED<br>NOT FILED/NOT ALLOWED<br>6963 | |
| FORD MOTOR CREDIT COMPANY<br>P O BOX 537901<br>NATIONAL BANKRUPTCY SERVICE<br>LIVONIA, MI  48153-7901 | 0.00<br>119137/00018 | 0.00 % | UNSECURED<br>NOT FILED/NOT ALLOWED<br>MTF8 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                           CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX 78225
    a/k/a   Fideo Carlos Vasquez
    d/b/a   CV Transmission

        Debtor

SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| Gabriel Escobedo<br>1803 West Valley<br>San Antonio, TX 78227 | 0.00<br>233548/00002<br><br>DEBTOR AVOIDS LIEN UNDER 522(f) | 0.00 % | UNSECURED<br>NOT FILED/NOT ALLOWED<br>6401<br>ORDER AVOIDING JUDGEMENT LIEN 1/7/09 | |
| IC SYSTEMS<br>P O BOX 64378<br>SAINT PAUL, MN 55164 | 0.00<br>20863/00019 | 0.00 % | UNSECURED<br>NOT FILED/NOT ALLOWED<br>2603 | |
| INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA 19114 | 28,347.63<br>112368/00016<br><br>PRIORITY | 0.00 % | PRIORITY<br>PERMO:<br>7313/8543<br>05-08 TAXES- AMENDED | 0.00 |
| Jim Halff<br>Halff Brothers Ranch LTD<br>PO Box 428<br>Pearsall, TX 78061 | 9,948.01<br>233549/00003<br><br>DEBTOR AVOIDS LIEN UNDER 522(f) | 0.00 % | UNSECURED<br>PERMO:<br>8301<br>ORDER AVOIDING JUDGMENT LIEN 1/7/09 | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                                      CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX 78225
    a/k/a   Fideo Carlos Vasquez
    d/b/a   CV Transmission

        Debtor

SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| JP MORGAN CHASE<br>7255 BAYMEADOWS WAY<br>MAIL STOP JAXB2007<br>JACKSONVILLE, FL 32256 | 2,505.12<br>228875/00014<br><br><br>FULLY SECURED | 9.00 % | HOME ARREARS<br>PERMO:<br>4391<br>HM/ARRS-3126 PITLUK | 765.00 |
| JPMorgan Chase Bank<br>Bankruptcy Department<br>7255 Baymeadows Way<br>Jacksonville, FL 32256 | 38,455.43<br>240758/00013<br><br>TO BE PAID DIRECT WITH DEBTOR AS DISBURSING AGENT | 0.00 % | SECURED<br>PAID DIRECT<br>4391<br>HM/OUTSIDE-3126 PITLUK | |
| MIDLAND CREDIT MANAGEMENT<br>8875 AERO DR # 200<br>SAN DIEGO, CA 92123 | 0.00<br>46012/00021 | 0.00 % | UNSECURED<br>NOT FILED/NOT ALLOWED<br>9431 | |
| SYLVIA ROMO<br>TAX ASSESSOR/COLLECTOR<br>P O BOX 839950<br>SAN ANTONIO, TX 78283-3950 | 11,220.16<br>1106/00004<br><br>FULLY SECURED | 12.00 % | SECURED<br>PERMO:<br>035180350010<br>02/08 TAXES-102 THOMPSON | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                                     CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX 78225
    a/k/a    Fideo Carlos Vasquez
    d/b/a    CV Transmission

        Debtor

SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| SYLVIA ROMO<br>TAX ASSESSOR/COLLECTOR<br>P O BOX 839950<br>SAN ANTONIO, TX 78283-3950<br><br>FULLY SECURED | 17,552.61<br>1106/00005 | 12.00 % | SECURED<br>PERMO:<br>035180350030<br>02-08 TAXES-104 THOMPSON | 0.00 |
| SYLVIA ROMO<br>TAX ASSESSOR/COLLECTOR<br>P O BOX 839950<br>SAN ANTONIO, TX 78283-3950<br><br>FULLY SECURED | 4,809.70<br>1106/00006 | 12.00 % | SECURED<br>PERMO:<br>903011192000<br>99-08 TAXES-2101 NOGALITOS | 0.00 |
| SYLVIA ROMO<br>TAX ASSESSOR/COLLECTOR<br>P O BOX 839950<br>SAN ANTONIO, TX 78283-3950<br><br>TO BE PAID DIRECT WITH DEBTOR AS DISBURSING AGENT | 1,134.99<br>1106/00007 | 0.00 % | SECURED<br>PAID DIRECT<br>112720010040<br>08 TAXES OUT BY MTG/3126 PITLUK | |
| SYLVIA ROMO<br>TAX ASSESSOR/COLLECTOR<br>P O BOX 839950<br>SAN ANTONIO, TX 78283-3950<br><br>FULLY SECURED | 1,644.63<br>1106/00008 | 12.00 % | SECURED<br>PERMO:<br>112720010030<br>02-08 TAXES-3130 PITLUK | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                            CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX  78225
    a/k/a   Fideo Carlos Vasquez
    d/b/a   CV Transmission

        Debtor

SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| SYLVIA ROMO<br>TAX ASSESSOR/COLLECTOR<br>P O BOX 839950<br>SAN ANTONIO, TX  78283-3950 | 1,467.05<br>1106/00009<br><br>FULLY SECURED | 12.00 % | SECURED<br>PERMO:<br>089600040110<br>05-08 TAXES-1110 VERMONT | 0.00 |
| SYLVIA ROMO<br>TAX ASSESSOR/COLLECTOR<br>P O BOX 839950<br>SAN ANTONIO, TX  78283-3950 | 1,003.13<br>1106/00010<br><br>FULLY SECURED | 12.00 % | SECURED<br>PERMO:<br>089600040100<br>06-08 TAXES-1114 VERMONT | 0.00 |
| TEXAS WORKFORCE COMMISSION<br>101 E 15TH ST<br>LABOR LAW<br>AUSTIN, TX  78778-0001 | 1,409.27<br>65550/00011<br><br>FULLY SECURED | 8.50 % | SECURED<br>PERMO:<br>8946 | 0.00 |
| TEXAS WORKFORCE COMMISSION<br>101 E 15TH ST<br>LABOR LAW<br>AUSTIN, TX  78778-0001 | 0.00<br>65550/00012 | 0.00 % | UNSECURED<br>NOT FILED/NOT ALLOWED<br>8946<br>COMBINED W/CLAIM #11 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                                 CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX 78225
    a/k/a   Fideo Carlos Vasquez
    d/b/a   CV Transmission

        Debtor

SCHEDULE I

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION |
|---|---|---|---|
| Washington Mutual Mortgage<br>Attention: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | 0.00<br>216980/00023 | 0.00 % | UNSECURED<br>NOT FILED/NOT ALLOWED<br>8607 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                              CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX 78225
    a/k/a    Fideo Carlos Vasquez
    d/b/a    CV Transmission

        Debtor

## SCHEDULE II

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATE<br>C/O BECKET & LEE<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | 1,665.24<br>106269/00035 | 0.00 % | UNSECURED<br>PERMO:<br>2002 | 0.00 |
| ARROW FINANCIAL<br>5996 W TOUHY AVE<br>NILES, IL 60714 | 0.00<br>70328/00001 | 9.00 % | SECURED BY VEHICLE<br>PERMO:<br>9957<br>2000 CADILLAC DEVILL | 765.00 |
| ASSET ACCEPTANCE CORP<br>P O BOX 2036<br>WARREN, MI 48090 | 1,622.50<br>43583/00039 | 0.00 % | UNSECURED<br>PERMO:<br>2342<br>MONTGOMERY WARD | 0.00 |
| ASSET ACCEPTANCE CORP<br>P O BOX 2036<br>WARREN, MI 48090 | 5,632.65<br>43583/00040 | 0.00 % | UNSECURED<br>PERMO:<br>3594<br>HOUSEHOLD CARD | 0.00 |
| INTERNAL REVENUE SERVICE<br>P O BOX 21125<br>PHILADELPHIA, PA 19114 | 18,649.43<br>112368/00031 | 0.00 % | UNSECURED<br>PERMO:<br>8543/7313<br>98,00 TAXES/PEN & INT-<br>AMENDED | 0.00 |
| JAN PERRY LEDERER<br>750 E MULBERRY AVE #401<br>SAN ANTONIO, TX 78212-3154 | 500.00<br>177/00043 | 0.00 % | PRIORITY<br>PERMO:<br>ATTYS FEES PER ORDER 5/25/09<br>- MTLS | 100.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                                      CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX 78225
    a/k/a   Fideo Carlos Vasquez
    d/b/a   CV Transmission

        Debtor

## SCHEDULE II

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| NATIONAL CAPITAL MGT LLC<br>8245 TOURNAMENT DR #230<br>MEMPHIS, TN 38125 | 30,594.61<br>106731/00042 | 0.00 % | UNSECURED<br>PERMO:<br>3586 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC<br>575 UNDERHILL AVE #224<br>SYOSSET, NY 11791 | 90.10<br>79534/00033 | 0.00 % | UNSECURED<br>PERMO:<br>3284046<br>DIRECT TV | 0.00 |
| RJM ACQUISITIONS FUNDING LLC<br>575 UNDERHILL AVE #224<br>SYOSSET, NY 11791 | 322.84<br>79534/00034 | 0.00 % | UNSECURED<br>PERMO:<br>1180063673<br>BK OF AMERICA | 0.00 |
| ROUNDUP FUNDING LLC<br>P O BOX 91121 MS550<br>SEATTLE, WA 98111-9221 | 727.76<br>45997/00036 | 0.00 % | UNSECURED<br>PERMO:<br>K712<br>SEARS | 0.00 |
| ROUNDUP FUNDING LLC<br>P O BOX 91121 MS550<br>SEATTLE, WA 98111-9221 | 668.92<br>45997/00037 | 0.00 % | UNSECURED<br>PERMO:<br>847<br>NEW YORK & CO | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS/SAN ANTONIO DIVISION**

IN RE:

    CARLOS CRESPO VASQUEZ                                            CASE NO. 08-53542 C
    104 E. THOMPSON
    SAN ANTONIO, TX 78225
    a/k/a    Fideo Carlos Vasquez
    d/b/a    CV Transmission

        Debtor

SCHEDULE II

| NAME AND ADDRESS OF CREDITOR | AMOUNT | INT RATE | CLASSIFICATION | |
|---|---|---|---|---|
| SAN ANTONIO CREDIT UNION | 202.81 | 0.00 % | UNSECURED | |
| 6061 IH 10 W | 71649/00022 | | PERMO: | 0.00 |
| SAN ANTONIO, TX 78201 | | | 93-14/70 | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 11/03/2009. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Electronically filed by
J. Vincent Cameron, Chapter 13 Trustee